UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW PENNING,

      Plaintiff,                                       Case No. 1:12-cv-1009

v.                                                   HON.  ROBERT J. JONKER

DEBT MANAGEMENT PARTNERS
LLC, ADAM DONALD MARCH,
ACS RECOVERY INC., MATTHEW
W. CLASS and SEAN IAN ROILL,

      Defendants.
_____/

**Stipulation of Dismissal**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Matthew Penning, through his attorney of record, and defendants Debt Management Partners LLC and Adam Donald March, through their attorneys of record, being all of the parties who have appeared in this action, stipulate to the immediate dismissal of this action as to both of these defendants, with prejudice, and with no award of costs or attorney fees to any party.

Dated: November 15, 2012                /s/ Phillip C. Rogers
                                                    Phillip C. Rogers (P34356)
                                                      Attorney for Plaintiff
                                                      40 Pearl Street, N.W., Suite 336
                                                      Grand Rapids, Michigan 49503-3026
                                                      (616) 776-1176
                                                      Consumerlawyer@aol.com

Dated: November 15, 2012   /s/ Lawrence C. Atorthy
Lawrence C. Atorthy (P44751)
Kaufman, Payton & Chapa, P.C.
Attorneys for Defendants Debt Management
Partners LLC and Adam Donald March
30833 Northwestern Highway, Suite 200
Farmington Hills, Michigan 48334
(248) 626-5000
lcatorthy@kaufmanlaw.com